IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FABIAN D. SMART, | : | Civil No. 3:19-CV-01783 |
| Petitioner, | : | |
| v. | : | Judge Jennifer P. Wilson |
| COMMONWEALTH OF PENNSYLVANIA, *et al.*, | : | |
| Respondents. | : | Magistrate Judge Martin C. Carlson |

**ORDER**

**AND NOW**, on this 22nd day of March, 2021, for the reasons stated in the accompanying memorandum, **IT IS ORDERED AS FOLLOWS:**

1. Judge Carlson's report and recommendation (Doc. 10) is **ADOPTED**.

2. The petition (Doc. 1) is **DISMISSED WITH PREJUDICE**.[1]

3. A certificate of appealability is **DENIED** because no reasonable jurist would find it debatable that the petition states a valid claim of the denial of a constitutional right or that the court's ruling is incorrect. *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

4. The Clerk of Court is directed to close this case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania

---

[1] Because the court dismisses the petition as untimely rather than as a second or successive petition, dismissal of the petition is with prejudice.